

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER AND NOTICE OF INTENT TO DISMISS FOR WANT OF PROSECUTION

Appellate case name:          Vivian Robbins v. Susan Solis

Appellate case number:     01-17-00839-CV

Trial court case number:    2001-37897

Trial court:                        309th District Court of Harris County

This Court's March 20, 2018 Order had directed the district clerk to file an indigent clerk's record regarding pro se appellant Vivian Robbins's "Statement of Inability to Afford Payment of Court or an Appeal Bond" ("Statement"). On April 9, 2018, the hearing on the inability to pay costs was filed. On May 7, 2018, the district clerk filed a second supplemental clerk's record containing, among other documents, the trial court's April 20, 2018 "Order Sustaining Contest to Statement of Inability to Afford Payment of Court Costs and Findings of the Court." This order made detailed findings, after the trial court held an evidentiary hearing on April 6, 2018, that overruled appellant's indigence claim in an order that complies with Texas Rule of Civil Procedure 145, sustaining the court reporter's contest to appellant's Statement. *See* TEX. R. APP. P. 20.1(b)(1); TEX. R. CIV. P. 145(f)(3), (5), (6).

A party claiming indigence for appellate costs may seek review of a trial court's order sustaining a contest to its Statement by filing a motion challenging the order, within ten days of that order, in the appellate court. *See* TEX. R. CIV. P. 145(g)(1), (2). Here, because appellant failed to timely file such a motion, the Clerk of this Court is directed to mark appellant not indigent for purposes of appellate costs. *See id.* 20.1(j)(2).

Accordingly, because appellant has not established indigence, it is **ORDERED** that appellant pay the filing fee to the Clerk of this Court and pay, or arrange to pay, the fee to the district clerk for the clerk's record and the fee to the court reporter for the reporter's record, and file evidence with the Clerk of this Court of those payment arrangements **within 30 days** of the date of this order, **or this appeal may be dismissed without further notice**. *See* TEX. R. APP. P. 5, 37.3(b), (c), 42.3(b), (c).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes

                  ☑ Acting individually     ☐ Acting for the Court

Date: May 15, 2018